```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Nucor Steel Marion, Inc.</u>

    v.                                      Civil No. 10-cv-327-SM

<u>Frederick Mauer, IV</u>

PROCEDURAL ORDER: PRELIMINARY INJUNCTION HEARING

A hearing on the motion for preliminary injunction (affidavits and offers of proof, with the parties to agree on which witnesses must be present) will be held on October 13, 2010, at 10:30 a.m.

On or before 3 p.m. on October 12, 2010, the parties shall jointly file:

- a single timeline setting forth all pertinent dates, times, and events, in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline);

- a single joint filing containing a statement of agreed facts followed by a statement of disputed facts.  The disputed facts are not an invitation to advocacy (i.e., "The plaintiff can not establish irreparable harm because. . . ." or "There is a strong likelihood of success on the merits because. . . ."). The parties should simply list facts they intend to establish at the hearing, or which they contend will not be established at the hearing.

On or before 3 p.m. on October 12, 2010, each party shall file

- a witness list;

- an exhibit list; and

- proposed findings of fact and rulings of law.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

On or before 3 p.m. on October 12, 2010, the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond, if any, under Rule 65(c).

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: September 29, 2010

cc: Benjamin P. Fryer, Esq.
    Paul J. Peralta, Esq.
    Philip L. Pettis, Esq.
    Daniel P. Schwarz, Esq.